UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Theresa Fortes,<br><br>    Plaintiff,<br>v.<br><br>Midland Credit Management, Inc.; and DOES 1-10, inclusive,<br><br>    Defendants. | Civil Action No.: 3:10-CV-00609 |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated July 14, 2010

            Respectfully submitted,

            PLAINTIFF, Theresa Fortes

            /s/ Sergei Lemberg

            Sergei Lemberg, Esq.
            LEMBERG & ASSOCIATES L.L.C.
            1100 Summer Street, 3rd Floor
            Stamford, CT 06905
            Telephone: (203) 653-2250
            Facsimile: (877) 795-3666
            slemberg@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2010, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court for the District of Connecticut Electronic Document Filing System (ECF) and that the document is available on the ECF system.

By /s/ Sergei Lemberg

Sergei Lemberg